

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

September 20, 2023

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:      *Toro v. Service Lighting and Electrical Supplies, Inc.*, Case No. 1:23-cv-04106-KPF

Dear Judge Failla:

We represent Defendant Service Lighting and Electrical Supplies, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from September 20, 2023 to November 6, 2023.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

                                        Respectfully submitted,

                                        */s/ Rebecca A. Stark*
                                        Rebecca A. Stark

cc:      All counsel of record (by ECF)

Application GRANTED.  Pursuant to the parties' joint motion, this case is
hereby STAYED for forty five (45) days.  Absent further order of the Court, or
motion by the parties, this stay will automatically lift on **November 6, 2023.**

The Clerk of Court is directed to terminate the pending motion at docket number
14.

Dated:      September 21, 2023
            New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE