UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO on behalf of himself
and all others similarly situated,

          Plaintiffs,

-against-

SERVICE LIGHTING AND ELECTRICAL SUPPLIES, INC.

          Defendant.

Case No. 1:23-cv-4106

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**MEMO ENDORSED**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
           October 30, 2023

Respectfully Submitted,

**/s/ Mars Khaimov**

By:    Mars Khaimov, Esq.
       100 Duffy Avenue, Suite 510
       Hicksville, New York 11801
       Tel (929) 324-0717
       Fax (929) 333-7774
       Email: mars@khaimovlaw.com
       *Attorney for Plaintiff*

---

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:    October 31, 2023
          New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE